CENTRAL OF GEORGIA RAILWAY COMPANY *v.* DURDEN.

COBB, J.   There was no error in the rulings on the admission and rejection of evidence which were the subject of complaint ; the requests to charge, so far as legal and pertinent, were covered by the general charge ; the extracts from the charge upon which error was assigned were not, when taken in the light of the general charge, erroneous for any of the reasons assigned ; the general charge, when dealt with as a whole, was free from any error prejudicial to

the losing party; there was evidence authorizing the verdict, which, though full as to amount, was not excessive; and the discretion of the trial judge in refusing to grant a new trial will not be interfered with.

*Judgment affirmed.    All the Justices concurring, except Lewis, J., absent.*

Submitted March 1, — Decided June 12, 1902.

Action for damages.    Before Judge Nottingham.    City court of Macon.    May 18, 1901.

*Hall & Wimberly* and *J. E. Hall,* for plaintiff in error.
*C. T. Ladson* and *Wimberly & Ellis,* contra.